

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00699-CV

**DEA SPECIALTIES, INC.**,
Appellant

v.

Ernest **DELEON**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-13874
Honorable Gloria Saldaña, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, appellant's motion to dismiss is GRANTED and this appeal is DISMISSED. *See* TEX. R. APP. P. 42.1(a). Costs of appeal are taxed against appellant. *See id.* 42.1(d).

SIGNED November 20, 2013.

_____
Karen Angelini, Justice